UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER GONZALEZ, | ) | Case No. EDCV 11-232 R(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| K. HARRINGTON, | ) | |
| Respondent. | ) | |
| _____ | ) | |

    Pursuant to the Court's Order (1) Denying Request for Extension of Time; and (2) Dismissing Case without Prejudice, IT IS HEREBY ADJUDGED THAT petitioner's request is denied and this case is dismissed without prejudice.

    DATED: February 17, 2011

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE